570 A.2d 968

STATE OF NEW JERSEY v. ADRIAN WILLIAMS.

October 31, 1989.

Petition for certification denied.

570 A.2d 968

STATE OF NEW JERSEY v. ALLEN P. ANDERSON.

October 31, 1989.

Petition for certification denied.

570 A.2d 968

STATE OF NEW JERSEY v. JOSEPH GUAGENTI, JR.

October 31, 1989.

Petition for certification denied.

570 A.2d 968

STATE OF NEW JERSEY v. JOSEPH GUAGENTI, JR.

October 31, 1989.

Cross-petition for certification denied.

570 A.2d 968

STATE OF NEW JERSEY v. JOHN YOST, JR.

October 31, 1989.

Petition for certification denied.